

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00355-CV

## IN THE INTEREST OF A.M.R., A CHILD

_____

### From the 170th District Court
### McLennan County, Texas
### Trial Court No. 2010-4443-4

## MEMORANDUM OPINION

Kristen Martin appeals the trial court's order establishing parent-child relationship which was signed on October 7, 2015. By letter dated November 12, 2015, the Clerk of this Court notified Martin that her original filing fee for this appeal was past due. The Clerk further warned Martin that unless she obtained indigent status or unless the fee was paid within 10 days, the appeal would be dismissed pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure.

More than 10 days have passed and Martin has not paid the filing fee and has not obtained indigent status for the purpose of this appeal. Accordingly, her appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10th TEX. APP. (Waco) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 10, 2015
[CV06]



In the Interest of A.M.R., a Child